```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

RAFAEL FRANCO                                          PLAINTIFF

VS.                        CIVIL ACTION NO. 5:06-cv-190-DCB-MTP

CONSTANCE REESE, Warden                                DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation of April 18, 2007, and the Court having adopted the report and recommendation in an Order of even date herewith; finding that the petition for relief pursuant to 28 U.S.C. § 2241 should be denied without prejudice for failure to exhaust administrative remedies; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this cause is dismissed without prejudice.

SO ORDERED, this the   21ST   day of June, 2007.


                                      s/ David Bramlette
                                   UNITED STATES DISTRICT JUDGE